**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SOLON, SANDRA § Case No. 09-35284-JS
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u> , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of U.S. Bankruptcy Court
    219 S. Dearborn Street
    Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 05/28/2010 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  04/22/2010              By:   /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                          Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SOLON, SANDRA | § | Case No. 09-35284-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,000.76 |
| *and approved disbursements of* | $ 1.24 |
| *leaving a balance on hand of* [1] | $ 5,999.52 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DAVID GROCHOCINSKI, TRUSTEE | $ 1,350.05 | $ |
| Attorney for trustee | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 1,075.00 | $ 30.29 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $_____ | $_____ |
| Attorney for _____ | $_____ | $_____ |
| Accountant for _____ | $_____ | $_____ |
| Appraiser for _____ | $_____ | $_____ |
| Other _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,879.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.0 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number    Claimant                               Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 001 | PYOD LLC SUCCESSOR ASSIGNEE CITIBANK C/O RESURGENT CAP SVCS | $ 10,953.00 | $ 762.93 |
| 002 | DISCOVER BANK | $ 4,060.30 | $ 282.82 |
| 003 | CHASE BANK USA NA | $ 15,061.44 | $ 1,049.08 |
| 004 | CHASE BANK USA NA | $ 8,204.08 | $ 571.44 |
| 005 | WELLS FARGO FINANCIAL NAT'L BANK | $ 1,621.76 | $ 112.96 |
| 006 | CHASE BANK USA NA C/O CREDITORS BKCY SERVICES | $ 529.21 | $ 36.86 |
| 007 | FIA CARD SVCS NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP | $ 7,515.39 | $ 523.47 |
| 008 | US BANK NA | $ 2,934.00 | $ 204.36 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant    Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant    Allowed Amt. of Claim    Proposed Payment*

N/A

**UST Form 101-7-NFR (9/1/2009)**

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: choward              Page 1 of 2                   Date Rcvd: Apr 23, 2010
Case: 09-35284                Form ID: pdf006            Total Noticed: 27


The following entities were noticed by first class mail on Apr 25, 2010.
db           +Sandra Solon,   981-B West Court,   Naperville, IL 60563-2476
aty          +Ariane Holtschlag,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +John J Lynch,   Law Offices of John J Lynch, P.C.,   801 Warrenville Road, Suite 560,
               Lisle, IL 60532-4321
aty          +Kathleen McGuire,   Grochocinski, Grochocinski & Lloyd, Ltd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Michael A Phelps,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
tr           +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
14955977     +CHASE BANK USA,N.A.,   c/o Creditors Bankruptcy Service,   P O BOX 740933,
               Dallas, TX 75374-0933
14486699     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
14870477      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14486700     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
14546633     +Coach Homes of Creakside Assoc,   c/o Keough & Moody PC,   1001 E Chicago Ave #103,
               Naperville IL 60540-5500
14486702     +Fia Csna,   Po Box 17054,   Wilmington, DE 19850-7054
14486704     +Hsbc Carsn,   Po Box 15521,   Wilmington, DE 19850-5521
14813748     +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
15116694    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank N.A.,   Bankruptcy Department,   P.O. Box 5229,
               Cincinnati, OH 45201)
14486707    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,   4801 Frederica St,   Owensboro, KY 42301)
14486708    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Us Bank/Na Nd,   4325 17th Ave S,   Fargo, ND 58125)
14486706     +Unvl Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
14949999     +Wells Fargo Financial National Bank,   4137 121st Street,   Urbandale IA 50323-2310
14486709     +Wffnatbank,   Po Box 94498,   Las Vegas, NV 89193-4498

The following entities were noticed by electronic transmission on Apr 23, 2010.
14821778      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 24 2010 00:21:46     DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
14486701     +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 24 2010 00:21:46     Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
14982171      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 24 2010 00:21:26
               FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
14486703     +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2010 00:26:43     Gemb Jcp,   Po Box 984100,
               El Paso, TX 79998-4100
14486705     +E-mail/PDF: cr-bankruptcy@kohls.com Apr 24 2010 00:23:54     Kohls Chase,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: choward          Page 2 of 2          Date Rcvd: Apr 23, 2010
Case: 09-35284                Form ID: pdf006        Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2010**                    **Signature:** _Joseph Speetjens_